JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY JONES; an Individual;
MELANIE JONES; an Individual;
J.J., a minor, by and through his
GUARDIAN AD LITEM, MELANIE
JONES; A.J., a minor, by and through
her GUARDIAN AD LITEM,
MELANIE JONES; E.J., a minor, by
and through his GUARDIAN AD
LITEM, MELANIE JONES; A.S.J., a
minor, by and through her
GUARDIAN AD LITEM, MELANIE
JONES; ; JOSE A. ESTRADA, an
individual; MANDY ESTRADA, an
individual; N.E., a minor by and
through her guardian ad litem, JOSE
A. ESTRADA, C.E., a minor by and
through her guardian ad litem, JOSE
A. ESTRADA; Y.E., a minor by and
through her guardian ad litem, JOSE
A. ESTRADA,

     Plaintiffs,

    v.

FAMCO, a property management
company whose legal status is
unknown;  SANDRA L.
VALENTINE, AS TRUSTEE OF
THE SANDRA LEE VALENTINE
1998 REVOCABLE LIVING TRUST
U/D/T 9/30/98, and DOES 1 -10,
Inclusive,

    Defendants.

_____

CV 11-7492-DMG (VBKx)

**ORDER RE DISMISSAL OF
ACTION [37]**

    After considering the Stipulation for Dismissal filed herein, IT IS HEREBY
ORDERED THAT:

_____

ORDER RE DISMISSAL OF ACTION

1

1    The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice
2    as to all Defendants, with each party bearing their own costs and attorney's fees.

3

4        **IT IS SO ORDERED**.

5

6

7    Dated:  December 6, 2012                    _____
8                                                DOLLY M. GEE
                                                 United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28